IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL D. RIGGINS, AIS #184051, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 14-0215-CG-M ) |
| SOPHAK KUOY, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, and Plaintiff having not paid the $400 filing fee within the time allotted by the Court, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED WITOUT PREJUDICE** pursuant to 28 U.S.C. § 1951(g).

**DONE and ORDERED** this 30th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE